UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL RICHARDSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DIMITRI ELKIN, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-08105-SSC<br><br>**JUDGMENT** |

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendants Dimitri and Caroline Elkin, and against Plaintiff Neil Richardson on all claims.

DATED: December 20, 2024

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE